UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEY TRONIC CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>J. J. KELLER & ASSOCIATES, INC., a Wisconsin corporation,<br><br>Defendant. | CASE NO: 2:20-CV-0396-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation Notice of Dismissal (ECF No. 22). The parties represent that this matter has settled and request dismissal with prejudice and with each side to bear its own costs. Having reviewed the file and the records therein, the Court is fully informed.

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and with each party to bear its own costs.

2. All deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED December 1, 2021.



THOMAS O. RICE
United States District Judge