AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| KEY TRONIC CORPORATION,<br>*Plaintiff*<br>v.<br>J. J. KELLER & ASSOCIATES, INC.,<br>*Defendant* | Civil Action No. 2:20-CV-0396-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is DISMISSED with prejudice and with each party to bear its own costs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE upon the parties' Stipulation of Dismissal. ECF No. 22.

Date: December 1, 2021

CLERK OF COURT

SEAN F. McAVOY

*B. Fortenberry*
*(By) Deputy Clerk*
B. Fortenberry